# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   CR-05-1017(B)-R                                           Date: DEC. 4, 2006

==============================================================================

PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Leonore LeBlanc | David Willingham |
|---|---|---|
| Courtroom Deputy | Court Reporter | Christine Ewell |
|  |  | Asst. U.S. Attorney |

==============================================================================

U.S.A. vs (Dfts listed below)                           Attorneys for Defendants

1)   JOSEPH MEDAWAR                              1)   Jeffrey Rutherford
     X present    X bond                              X present    X retained

**PROCEEDINGS:**   SENTENCING

The Court hears from two of the victims of defendant's fraud, as reflected on the record.

The Court ORDERS any underlying indictments dismissed as to this defendant.

**Refer to Judgment and Probation/Commitment Order (attached hereto).**

✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

DOCKETED ON CM
DEC 6 2006
BY _____ 172

31 min
Deputy Clerk Initials _____

CR 90 (2/91) CRIMINAL MINUTES - SENTENCING AND JUDGMENT                    120

Defendant **JOSEPH MEDAWAR**     S. Security # --------9575

Residence: (see presentence report)    Mailing: SAME

---

## JUDGMENT AND PROBATION/COMMITMENT ORDER

---

In the presence of the attorney for the government, the defendant appeared in person, on: **DECEMBER 4, 2006**
Month / Day / Year

COUNSEL:
     ___ WITHOUT COUNSEL
However, the court advised defendant of right to counsel and asked if defendant desired to have counsel appointed by the Court and the defendant thereupon waived assistance of counsel.
     XX WITH COUNSEL Jeffrey Rutherford, retained

X PLEA:
     XX GUILTY, and the Court being satisfied that there is a factual basis for the plea.
     ___ NOLO CONTENDERE      ___ NOT GUILTY

FINDING:
There being a jury verdict of ___ GUILTY, defendant has been convicted as charged of the offense(s) of: Conspiracy to commit mail fraud and wire fraud in violation of Title 18 USC 371 as charged in count 1 of the information; Tax evasion in violation of Title 26 USC 7201 as charged in count 2 of the information.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that. it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of:

One (1) year and one (1) day on count 1. Upon release from imprisonment on count 1, the defendant shall be placed on supervised release for three (3) years under the following terms and conditions: the defendant shall comply with the rules and regulations of the U.S. Probation Office and General Order 318. The term of supervised release shall run concurrent to the term of probation imposed on count 2. As to count 2, the imposition of sentence is suspended, said sentence on count 2 shall run consecutive to the term of imprisonment on count 1, beginning upon his release from imprisonment on count 1, and

IT IS FURTHER ADJUDGED that on count 2 the defendant is placed on probation for a term of five (5) years, under the following terms and conditions: the defendant 1) shall comply with the rules and regulations of the U.S. Probation Office and General Order 318; 2) shall during the period of community supervision pay the special assessment and restitution in accordance with this judgment's orders pertaining to such payment; 3) shall serve nine (9) months of home detention with electronic surveillance, as directed by the Probation Officer; 4) shall perform three thousand (3000) hours of community

-- **GO TO PAGE TWO** --

                                                             Deputy Clerk

service, as directed by the Probation Officer; 5) shall report in person to the Court every 120 days, as directed by the Probation Officer; 6) shall not engage, as whole or partial owner, employee or otherwise, in any business involving loan programs, telemarketing activities, investment programs or any other business involving the solicitation of funds or cold-calls to customers without the express approval of the Probation Officer prior to engagement in such employment, and further, shall provide the Probation Officer with access to any and all business records, client lists and other records pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Officer; 7) shall not engage, as whole or partial owner, employee or otherwise, in any business involving film production financing without the prior approval of this Court; 8) shall not possess an actual or replica credential, identification card, badge, patch, emblem or insignia of any local, state or federal law enforcement or national security agency, department or organization; 9) shall not work, act or volunteer or give the appearance of same, in any capacity, position or association for or with any law enforcement agency, without the prior approval of this Court; 10) shall truthfully and timely file and pay taxes owed for the years of conviction, including but not limited to $341,936.00 due for the tax year 2003, and shall truthfully and timely file and pay taxes during the period of community supervision, and further shall show proof to the Probation Officer of compliance with this order; 11) shall cooperate with the Internal Revenue Service in determination and collection of any outstanding taxes owed by the defendant; 12) shall, as directed by the Probation Officer, apply monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; 13) shall cooperate in the collection of a DNA sample from the defendant.

IT IS FURTHER ORDERED that defendant pay a special assessment of $200.00, which is due immediately.

IT IS FURTHER ORDERED that defendant make restitution in the total amount of $2,643,748.23 to victims as set forth in a separate victim list prepared by the Probation Office which this Court adopts and which reflects the Court's determination of the amount of restitution due to each victim. The victim list, which shall be forwarded to the fiscal section of the Clerk's Office, shall remain confidential to protect the privacy interests of the victims. Payments shall be made in such amounts and increments as shall be determined by the Probation Officer; if the defendant makes a partial payment, each payee shall receive approximately proportional payment. Defendant shall be held jointly and severally liable with co-participants Alison Ann Heruth and Jeffrey

-- GO TO PAGE THREE --

Deputy Clerk

United States District Court
Central District of California

UNITED STATES OF AMERICA vs.   CR 05-1017(B)-R